IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVELLOUS AMIR WARRIOR, | ) | No. C 12-3711 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| WARDEN, et al., | ) | |
| Respondents. | ) | (Docket No. 2) |
| _____ | ) | |

On July 16, 2012, the Clerk mailed Petitioner a notice that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis. The notice was mailed to Petitioner at the address he provided to the Court, but on July 27, 2012, it was returned by the postal service as undeliverable with a notation that Plaintiff could was not located at that address. Local Rule 3.11 requires Petitiner to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. Petitioner has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Accordingly, this case is DISMISSED without prejudice. The incomplete application to proceed in forma pauperis is DENIED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 23, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVELLOUS AMIR WARRIOR,

        Plaintiff,

  v.

WARDEN, et al,

        Defendant.

Case Number: CV12-03711 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvellous Amir Warrior
K29392
P.O. Box 7000
Crescent City, CA 95532

Dated: October 23, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk